UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOSEPH VITULLI,

        Plaintiff,

v.

CARECAP, INC.,

        Defendant.

C17-1203 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties' stipulated motion for extension, docket no. 5, is GRANTED, and the deadline for defendant to file and serve a responsive pleading or motion is EXTENDED to September 15, 2017.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 16th day of August, 2017.

                                      William M. McCool
                                      Clerk

                                      s/Karen Dews
                                      Deputy Clerk

MINUTE ORDER - 1